# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Kelly Babette Hunter, | : | Case No. 5:24-bk-00766-MJC |
| | : | |
| Debtor. | : | |

## ORDER DISMISSING CASE WITH PREJUDICE

Upon consideration of the Trustee's Motion to Dismiss Case with Prejudice, Dkt. # 15 ("Motion"), no responses having been filed thereto, after a hearing held on May 16, 2024, and for the reasons stated on the record, it is hereby

**ORDERED** that the Motion is **GRANTED** and the above-captioned bankruptcy case be and is hereby **DISMISSED WITH PREJUDICE**, and it is further

**ORDERED** that Debtor is hereby **BARRED** from filing another bankruptcy case in this District for a **period of 180 days** from the date of this Order without a prior court order authorizing any subsequent bankruptcy case filing.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: May 16, 2024